# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ESCAMILLA,<br><br>      Petitioner,<br><br>vs.<br><br>GEORGE GIURBINO, Warden,<br><br>      Respondent. | CASE NO. 05-CV-1936-H (BLM)<br><br>**ORDER DENYING LEAVE TO AMEND HABEAS PETITION TO BRING 42 U.S.C. § 1983 CLAIMS** |

Petitioner Carlos Escamilla, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on October 11, 2005. (Doc. No. 1.) In his petition, he challenged the results of a prison disciplinary proceeding. Respondent has answered the petition and Petitioner has filed a traverse. (Doc. Nos. 9 & 12.) On October 27, 2006, the Court received an amended complaint from Petitioner in which he seeks to transform his habeas petition into a civil rights action under 42 U.S.C. § 1983. The Court has denied Petitioner's habeas corpus petition, however, and directed the Clerk of the Court to close the case. Accordingly, should Petitioner wish to file a complaint alleging violations of 42 U.S.C. § 1983, he must file a new civil case and submit the required filing fee or submit a proper request to proceed in forma pauperis.

  IT IS SO ORDERED.
DATED: November 7, 2006

                  MARILYN L. HUFF, District Judge
                  UNITED STATES DISTRICT COURT

**Copies To:**

Carlos Escamilla
J06457-02-126
KVSP
P.O. Box 5104
Delano, CA 93216

Office of the Attorney General
110 West A Street
Suite 1100
San Diego, CA 92101-5266